1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

MARCUS ZAMUDIO-OROZCO,

               Petitioner,

10

    v.

11

STATE OF WASHINGTON,

12

               Respondent.

13

Case No. 12-cv-1031-RAJ-JPD

REPORT AND RECOMMENDATION

14

15       Petitioner, proceeding *pro se* and *in forma pauperis*, has filed three proposed petitions

16  for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Dkts. 7, 9, 12.  However, the Court

17  declined to serve the petitions, and granted petitioner leave to amend, due to petitioner's

18  failure to name the correct respondents.  Dkts. 8, 10, 13.

19       Petitioner's most recent submission, dated September 6, 2012, included only the first

20  page of a second amended habeas petition improperly naming the "Attorney General of the

21  United States" as respondent.  Dkt. 12.  Petitioner's submission failed to include the rest of

22  petitioner's habeas petition, such as his claims for relief.  *Id.* By Order dated September 12,

23  2012, the Court advised petitioner that he no longer needs to name a state officer having

24  custody of petitioner as respondent, because petitioner has been released from custody since

25  he initiated this action.  Dkt. 13 at 2.  However, Rule 2(b) of the Rules Governing Section

26

REPORT AND RECOMMENDATION
PAGE - 1

2254 Cases in the United States District Courts requires petitioner to name the Washington Attorney General, Robert McKenna, as respondent in this action.  *Id.*  Moreover, the Court advised petitioner that Rule 2(c) provides that the habeas petition must legibly set forth all the grounds for relief available to the petitioner, state the facts supporting each ground, state the requested relief, and be signed under penalty of perjury.  *See id.*  Petitioner was granted an additional thirty (30) days to submit a third amended habeas petition that corrected these deficiencies.  *See id*. at 3.  To date, however, petitioner has not responded to this Court's Order, or filed a third amended habeas petition.

Accordingly, the Court RECOMMENDS that petitioner's habeas action be DISMISSED without prejudice for failure to prosecute.  The Clerk of the Court is directed to send a copy of this Report and Recommendation to petitioner, and to the Honorable Richard A. Jones.

DATED this 31st day of October, 2012.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2