UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARCUS ZAMUDIO-OROZCO, | Case No. C12-1031-RAJ |
| Petitioner, | ORDER OF DISMISSAL |
| v. | |
| STATE OF WASHINGTON, | |
| Respondent. | |

The Court has considered petitioner's 28 U.S.C. § 2254 petitions for writ of habeas corpus, the Report and Recommendation ("R&R") (Dkt. # 15) of the Honorable James P. Donohue, the governing authorities and the balance of the record. The court notes that no one objected to the R&R.

The court ADOPTS the R&R and dismisses this action without prejudice for failure to prosecute. The court directs the clerk to ensure that Judge Donohue receives notice of this order.

DATED this 28th day of November, 2012.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER OF DISMISSAL
PAGE - 1